THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH F. FITZSIMMONS,

        Plaintiff,

v.

WILLIAM W. STUCKEY,

        Defendant.

3:20-CV-02052
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 12th DAY OF OCTOBER, 2023, upon consideration of Defendant's Motion to Dismiss (Doc. 23) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion (Doc. 23) is **DENIED**.

2. Plaintiff's August 24, 2022, attempt to serve Defendant is **QUASHED**.

3. Plaintiff is granted leave to effectuate service within sixty (60) days of the date of this Order.

4. Counsel for Plaintiff and Defendant shall confer to reach an agreement which will permit counsel for Defendant to accept service on Defendant's behalf. In the absence of such an agreement, Defendant's counsel shall provide a complete and specific address where Defendant can be properly served.

Robert D. Mariani
United States District Court Judge