THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH F. FITZSIMMONS, | : |
| | : 3:20-CV-2052 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| WILLIAM W. STUCKEY, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW**, THIS \_\_1st\_\_ DAY OF MAY, 2024, upon consideration of Defendant's Motion to Dismiss (Doc. 42) and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Dismiss (Doc. 42) is **DENIED**;

2. Plaintiff's previous attempts at service are **QUASHED** and Plaintiff is permitted to continue to attempt to properly effectuate service on Defendant.

Robert D. Mariani
United States District Judge